AO245B   (Rev. 09/24) - Judgment in a Criminal Case (BJS)
Sheet 1

# United States District Court
## Western District of Washington

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br>David Banks-Hopkins | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number: CR26-032 MLP<br><br>Mukund Rathi<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) _____1_____ of the misdemeanor Information.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 113(a)(5) | Simple Assault | 01/01/2026 | 1 |

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____.

☐ Count(s) _____ ☐ is   ☐ are   dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:_____

Defendant's Year of Birth:_____

Defendant's USM No.: _____

_____
Defendant's Signature

Jin U. Kim, Assistant United States Attorney

03/03/2026
Date of Imposition of Judgment

_____
Signature of Judge

THE HONORABLE MICHELLE L. PETERSON
United States Magistrate Judge

March 3, 2024
Date

AO245B    (Rev. 09/24) Judgment in a Criminal Case (BJS)
          Sheet 2 - Imprisonment

Judgment - Page __2__ of __4__

DEFENDANT: David Banks-Hopkins
CASE NUMBER: CR26-032 MLP

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of _____ *Time Served* _____.

☐    The Court makes the following recommendations to the Bureau of Prisons:

☐    Federal Detention Center
     2425 South 200th
     SeaTac, WA 98198
     (206) 870-5700

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐    at _____ a.m. / p.m. on _____.

☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐    at _____ a.m. / p.m. on _____.

     ☐    as notified by the United States Marshal.

     ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


By _____
          DEPUTY UNITED STATES MARSHAL

AO245B    (Rev. 09/24) – Judgment in a Criminal Case (BJS)
        Sheet 5 - Criminal Monetary Penalties

Judgment - Page __3__ of __4__

DEFENDANT: David Banks-Hopkins
CASE NUMBER: CR26-032 MLP

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Processing** | **Restitution** |
|---|---|---|---|---|
| **Totals:** | $10.00 | $ N/A | $ N/A | To Be Determined |

☒    The court finds the defendant is financially unable and is unlikely to become able to pay a fine and, accordingly, the imposition of a fine is waived.

☐    The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss***  | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |
| **TOTALS** | $_____ | $ _____ |  |

☐    Restitution amount ordered pursuant to plea agreement $

☐    The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒    The court determined that the defendant does not have the ability to pay interest and it is ordered that:
    ☒    the interest requirement is waived for the    ☒    fine    ☒    restitution
    ☐    the interest requirement for the    ☐    fine    ☐    restitution is modified as follows:

*    Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO245B (Rev. 09/24) – Judgment in a Criminal Case (BJS)
    Sheet 6 – Schedule of Payments

Judgment – Page __4__ of __4__

DEFENDANT: David Banks-Hopkins
CASE NUMBER: CR26-032 MLP

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**    ☒    **Lump sum payment due immediately, balance due __$10.00__ .**

☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B    ☐    Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C    ☐    Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $_____ over a period
        of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of the
        judgment; or

D    ☐    Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $_____ over a period
        of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from
        imprisonment to a term of supervision; or

E    ☐    Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The
        court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F    ☐    Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.



☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:


Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA Assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.