Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR26-032 |
| Plaintiff | |
| v. | ORDER TO CONTINUE RESTITUTION HEARING |
| DAVID BANKS-HOPKINS, | |
| Defendant. | |

IT IS ORDERED that the restitution hearing in this matter, which is currently scheduled for June 25, 2026, be rescheduled to 11:00 am on July 15, 2026.

DATED this 22nd day of June, 2026.

MICHELLE L. PETERSON
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Jin U. Kim
JIN U. KIM
Assistant United States Attorney

Order to Continue Restitution Hearing - 1
*United States v. Banks-Hopkins* / CR26-032 MLP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970